## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | Criminal No.: 1:CR-00-290-03 |
| | ) | |
| **CARMEN ROSADO** | ) | |
| Defendant | ) | |

### AGREEMENT REGARDING UNPAID FINE

The following Agreement is entered into by

### CARMEN ROSADO

defendant in the above-captioned case, in recognition of her obligations to the Court based upon

the offense charged at the above-captioned number and the judgment and commitment entered by

the Honorable Yvette Kane in the above-captioned matter.  In recognition of her obligation, and

fully intending to be legally bound, the defendant acknowledges as follows:

1.  On May 10, 2001, the defendant was sentenced based on her conviction at the

above-captioned criminal number and directed by this Court, as a condition of probation, to pay

the fine, in minimum monthly installments of no less than $85.00.  On February 12, 2003, the

defendant's probation was extended for a term of 3 years, or until full payment of the fine,

whichever comes first.

2.  The defendant acknowledges that she has failed to comply fully with the fine

portion of her sentence and that she presently owes the amount of **$1,275.00**.

3. The United States has determined that in consideration of the defendant agreeing to fulfill her fine obligation under the above-described sentence, no opposition will be made in allowing the defendant's supervised release to expire as originally set by the Court. The defendant realizes that her failure to pay the above fine obligation could form a basis for the revocation of supervised release and resentencing by District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon assets owned by the defendant, the defendant agrees to make minimum monthly fine payments of $85.00 payable to Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108, payments to be made between the first and fifteenth day of each month. Further, the defendant agrees that if she moves from her residence at ██████████████████ she will notify the Clerk, U.S. District Court.

5. The defendant further agrees and confesses judgment for the total unpaid fine due the Government and authorizes the Government to enter judgment against her for said amount in any appropriate Court for the full amount. It is the defendant's intention that she be bound by this confession of judgment and that the judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

CARMEN ROSADO,    Defendant

WITNESS

Sworn to and subscribed before
me this _____ day of
_____, 2006.

Deputy Clerk