# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. <u>Carmen Rosado</u>                Docket No. <u>1:CR-00-290-03</u>

### Petition on Probation and Supervised Release

COMES NOW <u>Julie M. Persinger</u>     PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Carmen Rosado</u>, who was placed on supervision by the Honorable <u>Yvette Kane</u> sitting in the court at <u>Harrisburg</u> on the <u>10</u> day of <u>May</u>, 2001, who fixed the period of supervision at <u>two years</u>, and whose term of supervision was extended by the Court on February 12, 2003 for an additional <u>three years or until full payment of the fine, whichever comes first</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay the fine imposed by this judgment in minimum monthly installments of $85.

2. The defendant shall remain for a period of four (4) months at her residence, with electronic monitoring, unless given permission in advance by the probation officer to be elsewhere. The defendant shall maintain a telephone without special features at her place of residence for the above period. Provisions shall be made by the Probation Officer for the defendant's absence from her residence for employment, necessary shopping, medical treatment, and religious services. In view of the defendant's financial condition, IT IS FURTHER ORDERED that the defendant shall pay the cost of the electronic monitoring program at a rate not to exceed $3.47 per day.

3. The defendant shall perform 50 hours of community service as directed by the probation office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Rosado has been unable to pay the full amount of the fine ($2,000) imposed by the Court and a balance of $1,275 remains. Ms. Rosado has otherwise satisfied her special conditions. It is noted that on April 21, 2005, the Court ordered that Ms. Rosado spend three consecutive weekends in intermittent confinement at Cumberland County Prison as a sanction for a new retail theft charge. Ms. Rosado satisfied this condition on June 5, 2005. Finally, Ms. Rosado has signed an Agreement (copy attached) to continue paying the fine should the Court permit her term of supervision to expire. First Assistant U.S. Attorney Martin C. Carlson has no objection to allowing Ms. Rosado's term of supervision to expire with the signed Agreement.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's term of supervised release be permitted to expire on May 9, 2006, without further action of the Court.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this ▮▮ day of ▮▮▮▮, 2006 and ordered filed and made a part of the records in the above case. | *Julie M. Persinger* (signature)<br>Julie M. Persinger<br>U.S. Probation Officer |
|  | Place__ Harrisburg, PA __ |
| ▮▮▮▮▮▮▮▮▮▮▮▮<br>Yvette Kane<br>U.S. District Judge | Date__ March 31, 2006 __ |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v )<br>)<br>CARMEN ROSADO )<br>    Defendant ) | Criminal No.: 1:CR-00-290-03 |

### AGREEMENT REGARDING UNPAID FINE

The following Agreement is entered into by

**CARMEN ROSADO**

defendant in the above-captioned case, in recognition of her obligations to the Court based upon the offense charged at the above-captioned number and the judgment and commitment entered by the Honorable Yvette Kane in the above-captioned matter. In recognition of her obligation, and fully intending to be legally bound, the defendant acknowledges as follows:

    1. On May 10, 2001, the defendant was sentenced based on her conviction at the above-captioned criminal number and directed by this Court, as a condition of probation, to pay the fine, in minimum monthly installments of no less than $85.00. On February 12, 2003, the defendant's probation was extended for a term of 3 years, or until full payment of the fine, whichever comes first.

    2. The defendant acknowledges that she has failed to comply fully with the fine portion of her sentence and that she presently owes the amount of **$1,275.00**.

3. The United States has determined that in consideration of the defendant agreeing to fulfill her fine obligation under the above-described sentence, no opposition will be made in allowing the defendant's supervised release to expire as originally set by the Court. The defendant realizes that her failure to pay the above fine obligation could form a basis for the revocation of supervised release and resentencing by District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon assets owned by the defendant, the defendant agrees to make minimum monthly fine payments of $85.00 payable to Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108, payments to be made between the first and fifteenth day of each month. Further, the defendant agrees that if she moves from her residence at 286 Park Street, York, PA 17404, she will notify the Clerk, U.S. District Court.

5. The defendant further agrees and confesses judgment for the total unpaid fine due the Government and authorizes the Government to enter judgment against her for said amount in any appropriate Court for the full amount. It is the defendant's intention that she be bound by this confession of judgment and that the judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

_____
CARMEN ROSADO, Defendant

_____
WITNESS

Sworn to and subscribed before me this __30th__ day of __March__, 2006.

_____
Deputy Clerk